Case 2:18-cv-01995-ADS-AYS   Document 6   Filed 04/24/18   Page 1 of 10 PageID #: 453

# COUNTY OF SUFFOLK



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 24 2018 ★

SUFFOLK COUNTY CLERK'S OFFICE LONG ISLAND OFFICE

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 852

Date: 4/20/18

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 604642/18 , along with a copy of the Notice of Removal.

Since the above mentioned case is E-filed, there are no hard copies of the documents.

If you have any questions, please call the number at the top of this page.

Thank you,

Court Actions

18cv1995 (ADS)(AUS)



| | NYSCEF<br>Suffolk County Supreme Court | Document List<br>Index # 604642/2018 | | Created on:04/20/2018 02:37 PM | |
|---|---|---|---|---|---|

Case Caption:   MICHAEL NOCELLA et al - v. - ALLSTATE INSURANCE COMPANY
Judge Name:   Jerry Garguilo

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 03/10/2018 | Delluniversita, A. |
| 2 | RJI -RE: OTHER<br>temporary restraining order | Processed | 03/10/2018 | Delluniversita, A. |
| 3 | ADDENDUM - COMMERCIAL DIVISION (840C) | Processed | 03/10/2018 | Delluniversita, A. |
| 4 | NOTICE<br>NOTICE OF ASSIGNMENT TO THE COMMERCIAL DIVISION | Processed | 03/12/2018 | Court User |
| 5 | ORDER TO SHOW CAUSE - ACCOMPANYING COMMENCEMENT DOC(S) (PROPOSED) | Processed | 03/14/2018 | Delluniversita, A. |
| 6 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>emergency affirmation | Processed | 03/14/2018 | Delluniversita, A. |
| 7 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>plaintiff's affidavit | Processed | 03/14/2018 | Delluniversita, A. |
| 8 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>affidavit insupprot | Processed | 03/14/2018 | Delluniversita, A. |
| 9 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>affirmation of Anthony P Delluniversita | Processed | 03/14/2018 | Delluniversita, A. |
| 10 | EXHIBIT(S)<br>SUMMONS AND VERIFIED COMPLINT | Processed | 03/14/2018 | Delluniversita, A. |
| 11 | EXHIBIT(S)<br>SALES AGREEMETN | Processed | 03/14/2018 | Delluniversita, A. |
| 12 | EXHIBIT(S)<br>EXCLUSIVE AGENT AGREEMETN | Processed | 03/14/2018 | Delluniversita, A. |
| 13 | EXHIBIT(S)<br>BUSINESS METRIC REPORT | Processed | 03/14/2018 | Delluniversita, A. |
| 14 | EXHIBIT(S)<br>TOP SALES PRODUCER REPORT | Processed | 03/14/2018 | Delluniversita, A. |
| 15 | EXHIBIT(S)<br>TOP SALEPERSON HONOR | Processed | 03/14/2018 | Delluniversita, A. |
| 16 | EXHIBIT(S)<br>BEST IN COMPANY PRINTOUOT | Processed | 03/14/2018 | Delluniversita, A. |
| 17 | EXHIBIT(S)<br>TERMINATIN LETTER | Processed | 03/14/2018 | Delluniversita, A. |
| 18 | EXHIBIT(S)<br>EXCERTPS FROM AGENCY MANUAL | Processed | 03/14/2018 | Delluniversita, A. |
| 19 | EXHIBIT(S)<br>LETTER TO COUNSEL | Processed | 03/14/2018 | Delluniversita, A. |
| 20 | EXHIBIT(S)<br>COMPANY PRINTOUT | Processed | 03/14/2018 | Delluniversita, A. |
| 21 | EXHIBIT(S)<br>ZIP CODE EMAIL | Processed | 03/14/2018 | Delluniversita, A. |

NYSCEF
Suffolk County Supreme Court

Document List
Index # 604642/2018   Created on: 04/20/2018 02:37 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 22 | EXHIBIT(S)<br>TRASCRIOPT OF GUIGLIANO INTERVIEW | Processed | 03/14/2018 | Delluniversita, A. |
| 23 | EXHIBIT(S)<br>NOCELLA APPOINTMENT TERMINATION | Processed | 03/14/2018 | Delluniversita, A. |
| 24 | EXHIBIT(S)<br>NOCELLA APPT TERMINATION | Processed | 03/14/2018 | Delluniversita, A. |
| 25 | EXHIBIT(S)<br>TERMINATION PAYOUT SHET | Processed | 03/14/2018 | Delluniversita, A. |
| 26 | EXHIBIT(S)<br>WEB SEARCH | Processed | 03/14/2018 | Delluniversita, A. |
| 27 | EXHIBIT(S)<br>GUIGLIANO TERMINATION | Processed | 03/14/2018 | Delluniversita, A. |
| 28 | EXHIBIT(S)<br>WEBSITE | Processed | 03/14/2018 | Delluniversita, A. |
| 29 | EXHIBIT(S)<br>T3RM9INATOIN LETTER | Processed | 03/14/2018 | Delluniversita, A. |
| 30 | EXHIBIT(S)<br>AWARD LETTER GUIGLIANNO | Processed | 03/14/2018 | Delluniversita, A. |
| 31 | EXHIBIT(S)<br>TRANSCRIPT | Processed | 03/14/2018 | Delluniversita, A. |
| 32 | EXHIBIT(S)<br>TRANSCRIPT | Processed | 03/14/2018 | Delluniversita, A. |
| 33 | AFFIDAVIT<br>in Opposition | Processed | 03/14/2018 | Grohs, M. |
| 34 | EXHIBIT(S)<br>Agency Agreement | Processed | 03/14/2018 | Grohs, M. |
| 35 | EXHIBIT(S)<br>Termination Letter | Processed | 03/14/2018 | Grohs, M. |
| 36 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>supplemental affidavit | Processed | 03/15/2018 | Delluniversita, A. |
| 37 | EXHIBIT(S)<br>listing for book of busines | Processed | 03/15/2018 | Delluniversita, A. |
| 38 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>supplemental affirmation | Processed | 03/15/2018 | Delluniversita, A. |
| 39 | ORDER TO SHOW CAUSE-SIGNED | Processed | 03/15/2018 | Court User |
| 40 | NOTICE OF MOTION<br>to Modify the Temporary Restraining Order pursuant to CPLR 6314 | Processed | 03/19/2018 | Grohs, M. |
| 41 | MEMORANDUM OF LAW IN SUPPORT | Processed | 03/19/2018 | Grohs, M. |
| 42 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Processed | 03/19/2018 | Grohs, M. |
| 43 | EXHIBIT(S)<br>Order to Show Cause Request for a Temporary Restraining Order dated March 15, 2018 | Processed | 03/19/2018 | Grohs, M. |

NYSCEF
Suffolk County Supreme Court

**Document List**
Index # **604642/2018**           Created on:04/20/2018 02:37 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 44 | EXHIBIT(S)<br>Affidavit of Lucia Montano | Processed | 03/19/2018 | Grohs, M. |
| 45 | EXHIBIT(S)<br>Email from Allstate TSL Ankur Chaturvedi | Processed | 03/19/2018 | Grohs, M. |
| 46 | EXHIBIT(S)<br>Allstate Letter to NY Dept of Insurance re M. Nocella | Processed | 03/19/2018 | Grohs, M. |
| 47 | EXHIBIT(S)<br>Allstate Letter to NY Dept of Insurance re C. Giugliano | Processed | 03/19/2018 | Grohs, M. |
| 48 | EXHIBIT(S)<br>NYDFS License Detail re M. Nocella | Processed | 03/19/2018 | Grohs, M. |
| 49 | EXHIBIT(S)<br>NYDFS License Detail re C. Giugliano | Processed | 03/19/2018 | Grohs, M. |
| 50 | ORDER ( PROPOSED ) | Processed | 03/19/2018 | Grohs, M. |
| 51 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 03/26/2018 | Delluniversita, A. |
| 52 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION | Processed | 03/27/2018 | Delluniversita, A. |
| 53 | MEMORANDUM OF LAW IN OPPOSITION | Processed | 03/27/2018 | Delluniversita, A. |
| 54 | EXHIBIT(S)<br>NOCELLA AFFIDAVIT | Processed | 03/27/2018 | Delluniversita, A. |
| 55 | EXHIBIT(S)<br>BACH AFFIDAVIT | Processed | 03/27/2018 | Delluniversita, A. |
| 56 | EXHIBIT(S)<br>FORM U-5 | Processed | 03/27/2018 | Delluniversita, A. |
| 57 | EXHIBIT(S)<br>EMAIL NOTICE | Processed | 03/27/2018 | Delluniversita, A. |
| 58 | EXHIBIT(S)<br>WEB CONFERENCE NOTICE | Processed | 03/27/2018 | Delluniversita, A. |
| 59 | EXHIBIT(S)<br>TRANSCRIPT OF INVESTIGATION | Processed | 03/27/2018 | Delluniversita, A. |
| 60 | EXHIBIT(S)<br>TRANSCRIPT OF CHARTUVEDI | Processed | 03/27/2018 | Delluniversita, A. |
| 61 | EXHIBIT(S)<br>RISK MANAGEMENT | Processed | 03/27/2018 | Delluniversita, A. |
| 62 | MEMORANDUM OF LAW IN OPPOSITION<br>updated memo | Processed | 03/28/2018 | Delluniversita, A. |
| 63 | EXHIBIT(S)<br>nocella affidavit updated | Processed | 03/28/2018 | Delluniversita, A. |
| 64 | MEMORANDUM OF LAW IN REPLY<br>re Motion to Modify the Temporary Restraining Order pursuant to CPLR 6314 | Processed | 03/28/2018 | Grohs, M. |
| 65 | ORDER - OTHER<br>ORDER MODIFYING THE TEMPORARY RESTRAINING ORDER ENTERED ON MARCH 15, 2018 AS MOTION SEQ. #002 NOW RE(...) | Processed | 03/29/2018 | Court User |



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)**

filed in my office on **04/20/2018**
and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **4/20/2018**  .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL



| | NYSCEF | **Document List** | |
|---|---|---|---|
| | Suffolk County Supreme Court | **Index #  604642/2018** | Created on:04/20/2018 02:37 PM |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 66 | NOTICE OF REMOVAL / REMAND (POST RJI)<br>Notice of Filing of Notice of Removal with Certification of Service and Filing | Processed | 04/03/2018 | Grohs, M. |
| 67 | EXHIBIT(S)<br>Copy of Filed Notice of Removal | Processed | 04/03/2018 | Grohs, M. |



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

-----------------------------------------------------------x

MICHAEL NOCELLA and THE NOCELLA
INSURANCE AGENCY,

                Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

                Defendant.

-----------------------------------------------------------x

Index No. 604642/2018

(Garguilo, J.)

**NOTICE OF FILING
OF NOTICE OF REMOVAL**

*Document Electronically Filed*

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant Allstate Insurance Company ("Allstate"), by and through its undersigned attorneys, Saiber LLC, has filed a Notice of Removal of the above-captioned action in the United States District Court for the Eastern District of New York. Pursuant to 28 U.S.C. §1446(d), a copy of the filed Notice of Removal is attached hereto as <u>Exhibit 1</u>, and Allstate is herewith providing notice to Anthony P. DellUniversita, Esq., attorney for plaintiffs Michael Nocella and The Nocella Agency ("Plaintiffs"), of the filing of this Notice of Filing of Notice of Removal.

Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the Eastern District of New York, together with the notice to Plaintiffs' attorney and the filing of a copy of the Notice of Removal with this Court, effects the removal of this action and this Court may proceed no further unless and until the action is remanded.

1

Respectfully submitted,

**SAIBER LLC**
*Attorneys for Defendant*
*Allstate Insurance Company*

Michael J. Grohs (MGrohs@saiber.com)
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Tel. (973) 622-3333
Fax (973) 622-3349

-and-

270 Madison Avenue, Suite 1400
New York, New York 10016-0603
Tel. (646) 532-4646
Fax (212) 684-7995

Dated: April 3, 2018

TO: Michael Scardino, Chief Clerk of the Court
Suffolk County Supreme Court
Supreme Court Building
1 Court Street
Riverhead, New York 11901

Hon. Jerry Garguilo, J.S.C.
New York Supreme Court – Suffolk County
Commercial Division Part 48
John P. Cohalan, Jr., Courthouse (Courtroom S-33)
400 Carleton Avenue
Central Islip, New York 11722

Anthony P. DellUniversita, Esq.
Law Offices of Michael J. Alber, Esq.
5036 Jericho Turnpike, Suite 305
Commack, New York 11725
*Attorney for Plaintiffs, Michael Nocella and*
*The Nocella Agency*

## CERTIFICATION OF SERVICE AND FILING

I hereby certify that on this date I caused the within Notice of Filing of Notice of Removal with Exhibit 1 to be served, by NYSCEF and a copy by Federal Express, on the following:

Anthony P. DellUniversita, Esq.
Law Offices of Michael J. Alber, Esq.
5036 Jericho Turnpike, Suite 305
Commack, New York 11725
*Attorneys for Plaintiffs, Michael Nocella and*
*The Nocella Agency*

I also hereby certify that on this date I caused the within Notice of Filing of Notice of Removal with Exhibit 1 to be filed via NYSCEF, and copies delivered by Federal Express, to the following:

Michael Scardino, Chief Clerk of the Court
Suffolk County Supreme Court
Supreme Court Building
1 Court Street
Riverhead, New York 11901

- and -

Hon. Jerry Garguilo, J.S.C.
New York Supreme Court – Suffolk County
Commercial Division Part 48
John P. Cohalan, Jr., Courthouse (Courtroom S-33)
400 Carleton Avenue
Central Islip, New York 11722

_____
MICHAEL J. GROHS

Dated: April 3, 2018