

Michael J. Grohs
973.622.3333
mgrohs@saiber.com

June 12, 2018

**VIA ELECTRONIC CASE FILING**
Honorable Arthur D. Spatt, U.S.D.J.
United States District Court – Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

    Re:    **Michael Nocella, et al. v. Allstate Insurance Company, et al.**
            **Case No.: 2:18-cv-01995-ADS-AYS**

Dear Judge Spatt:

    We represent defendant Allstate Insurance Company ("Allstate") in the above matter. Pursuant to Section I(F) and Section IV(J) of Your Honor's Individual Rules and Motion Practices, we write to respectfully request an extension of time for Allstate to file and serve its opposition to plaintiffs' Motion to Remand, which was filed on June 8, 2018 (ECF No. 8) (the "Remand Motion").

    In accordance with Your Honor's Individual Rules, we advise the Court of the following: (a) pursuant to Local Civil Rule 6.1(b), the current date for Allstate to submit its opposition to the Remand Motion is June 22, 2018, with plaintiffs' reply papers due on June 29; (b) this is the first request for an adjournment or extension by any party in this action; and (c) the undersigned contacted plaintiffs' counsel, Anthony DellUniversita, Esq., regarding this request and Mr. DellUniversita consents to the extension. After conferring with Mr. DellUniversita, and in order to accommodate summer vacation plans and other scheduling conflicts of counsel, the parties further agreed, subject to the Court's approval, to the following proposed briefing schedule on the Remand Motion:

- Allstate will file and serve its opposition on or before July 16, 2018; and
- Plaintiffs will file and serve their reply on or before July 23, 2018.

Saiber LLC · 18 Columbia Turnpike, Suite 200 · Florham Park, New Jersey · 07932-2266 · Tel 973.622.3333 · Fax 973.622.3349 · www.saiber.com

Florham Park · Newark · New York · Philadelphia

01305727.DOCX

Honorable Arthur D. Spatt, U.S.D.J.
United States District Court – Eastern District of New York
June 12, 2018
Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

/s *Michael J. Grohs*
David J. D'Aloia (DDaloia@saiber.com)
Michael J. Grohs (MGrohs@saiber.com)
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Tel. (973) 622-3333
Fax (973) 622-3349

-and-

270 Madison Avenue, Suite 1400
New York, New York 10016-0603
Tel. (646) 532-4646
Fax (212) 684-7995

*Attorneys for Allstate Insurance Company*

cc:   Anthony P. DellUniversita, Esq. (via ECF)